**Order entered November 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00537-CV

**JOSEPH ASHMORE, JR., ALLAN CLARK AND FINANCIAL RISK SPECIALISTS, INC., Appellants**

**V.**

**JMS CONSTRUCTION, INC. AND DAVID PERLEY, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-13260**

## ORDER

We **GRANT** appellant Joseph Ashmore, Jr.'s second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than December 10, 2015.

/s/     CRAIG STODDART
         JUSTICE